**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LAND GRANTORS IN HENDERSON, UNION, AND WEBSTER COUNTIES, et al., Plaintiffs, | No. 93-648X |
| v. | Judge Susan G. Braden |
| UNITED STATES OF AMERICA, Defendant. | |

**NOTICE OF WITHDRAWAL**

Pursuant to the Court's February 28, 2007 Order, Plaintiffs hereby provide notice of their withdrawal from the mediation. While Plaintiffs had high hopes that this mediation could bring a resolution to this case acceptable to both sides, it has become obvious that settlement negotiations have broken down and that the parties' positions are hopelessly irreconcilable. The parties so advised the mediator, Justice O'Connor, at the third and final mediation session this morning.

Accordingly, and in light of the Court's current stay of the Tucker Act claims, Plaintiffs request that mediation be terminated, and that the Court order the parties to file simultaneous final congressional reference briefs within 60 days and that the Court thereafter issue a final report on the congressional reference. Plaintiffs also propose that their Tucker Act claims remain stayed pending proceedings before the congressional reference review panel.

Respectfully submitted,

s/ Nancie G. Marzulla
Nancie G. Marzulla
Roger J. Marzulla
MARZULLA & MARZULLA
1350 Connecticut Avenue, Suite 410
Washington, DC 20036
(202) 822-6760
(202) 822-6774 (facsimile)

Dated: May 18, 2007

Counsel for Plaintiffs

Of Counsel:

M. Stephen Pitt
Merrill S. Schell
Jean Bird
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202-2898
(502) 589-5235
(502) 589-0309 (facsimile)