**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LAND GRANTORS IN HENDERSON, UNION, AND WEBSTER COUNTIES, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 93-648 X<br><br>Judge Susan G. Braden |

**PLAINTIFFS' RESPONSE TO STATUS CONFERENCE OF JUNE 27, 2007**

In a June 27, 2007 status conference, the Court asked the parties whether it should enter final judgment in the pending Tucker Act case or whether it should dismiss that case without prejudice and enter a Final Report in the Congressional Reference case. In light of the discussion with the Court in the status conference, Plaintiffs hereby advise the Court that they withdraw their earlier request that the Court stay the Tucker Act case and instead ask the Court to resolve any outstanding issues regarding the pending claims or class action and enter final judgment in the Tucker Act case. Plaintiffs further ask that the Court stay the Congressional Reference case pending the outcome of an appeal, if any.

Respectfully submitted,

_/s/ Nancie G. Marzulla______
Nancie G. Marzulla
Roger J. Marzulla
MARZULLA & MARZULLA
1350 Connecticut Avenue, N.W.
Suite 410
Washington, D.C. 20036
(202) 822-6760
(202) 822-6774 (facsimile)

Dated: July 6 2007

Counsel for Plaintiffs

Of counsel:

M. Stephen Pitt
Merrill S. Schell
Jean W. Bird
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street
Suite 2800
Louisville, Kentucky 40202