**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LAND GRANTORS IN HENDERSON, UNION, AND WEBSTER COUNTIES, *et al*., | |
| Plaintiffs, | No. 93-648 X |
| v. | Judge Susan G. Braden |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6.1, Plaintiffs submit this Unopposed Motion for Enlargement of Time to file its Response to the United States' Motion for Judgment on the Pleadings or, in the Alternative, Motion for Judgment on the Record, filed on October 1, 2007, in the above-captioned case. Plaintiffs respectfully ask to extend the deadline to file its Response by forty-four (44) days, to and including December 14, 2007. Counsel for Plaintiffs has consulted with counsel for the government and is authorized to state that the government does not oppose the relief sought in this motion.

Plaintiffs seek this enlargement of time because of deadlines in other pending cases. Specifically, counsel for Plaintiffs have another opposition to Summary Judgment already due in another case in this Court, have weeks of out-of-state depositions scheduled in two other cases, and must file two appellate briefs in the Federal Circuit in the next four to six weeks. Additionally, lead counsel for Plaintiffs was out of town for a week on previously scheduled speaking engagements at the CFC Judicial Conference earlier this month. Plaintiffs also seek this extension because this case requires coordination between various counsel and involves complex the issues.

For the reasons stated above, Plaintiffs request an enlargement of time, to and including December 14, 2007, to file its Response to the United States' Motion for Judgment on the Pleadings or, in the Alternative, Motion for Judgment on the Record.

Respectfully submitted,

_/s/ Nancie G. Marzulla______

Nancie G. Marzulla
Roger J. Marzulla
MARZULLA & MARZULLA
1350 Connecticut Avenue, N.W.
Suite 410
Washington, D.C. 20036
(202) 822-6760
(202) 822-6774 (facsimile)

Dated: October 18, 2007

Counsel for Plaintiffs

Of counsel:

M. Stephen Pitt
Merrill S. Schell
Jean W. Bird
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street
Suite 2800
Louisville, Kentucky 40202