# In the United States Court of Federal Claims

No. 93-648X

Filed: October 21, 2007

```
***********************************
                                  *
LAND GRANTORS IN HENDERSON,       *
UNION and WEBSTER COUNTIES,       *
KENTUCKY and THEIR HEIRS,         *
                                  *
        Plaintiffs,               *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
        Defendant,                *
                                  *
***********************************
```

**ORDER**

Plaintiffs' October 18, 2007 Unopposed Motion for an Enlargement of Time to file a Response to the Defendant's Motion for Judgment on the Pleadings or, in the Alternative, Motion for Judgment on the Record, is hereby **GRANTED**. The Response is now to be filed on or before December 14, 2007.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**