**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LAND GRANTORS IN HENDERSON, UNION, AND WEBSTER COUNTIES, et al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | No. 93-648<br>Judge Susan G. Braden |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT**

Pursuant to RCFC 5.3(b)(1), Plaintiffs submit this Unopposed Motion for leave to exceed the page limit in its Opposition to the United States' Motion for Judgment on the Pleadings or, in the Alternative, Motion for Judgment on the Record, filed on October 1, 2007, in the above-captioned case. Plaintiffs respectfully ask to exceed the forty (40) pages allowed under Rule 5.3(b)(1) by eighteen (18) pages, for a total of fifty-eight (58) pages. Counsel for Plaintiffs has consulted with counsel for Defendant and is authorized to state that Defendant does not oppose this motion.

Plaintiffs seek these extra pages because of the number of issues presented by Defendant in its 67-page Motion. Defendant has essentially filed three motions in one: a motion to dismiss for lack of jurisdiction, a motion to dismiss for failure to state a claim upon which relief can be granted, and a motion to dismiss based on the trial record. As a result, Plaintiffs require an additional eighteen pages to respond fully to Defendant's arguments. Additionally, Plaintiffs seek these extra pages because of the complexity of the legal and factual issues present in this case. The factual issues in this case stretch back sixty years and require consideration of

numerous documents. Plaintiffs need the additional pages to adequately address the disputed factual and legal issues.

For the reasons stated above, Plaintiffs respectfully request leave to exceed the page limit by eighteen (18) pages in its Opposition to the United States' Motion for Judgment on the Pleadings or, in the Alternative, Motion for Judgment on the Record.

Respectfully submitted,

_s/ Nancie G. Marzulla______

Nancie G. Marzulla
Roger J. Marzulla
MARZULLA LAW
1350 Connecticut Avenue, N.W.
Suite 410
Washington, D.C. 20036
(202) 822-6760
(202) 822-6774 (facsimile)

Dated: December 13, 2007

Counsel for Plaintiffs

Of counsel:

M. Stephen Pitt
Merrill S. Schell
Jean W. Bird
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street
Suite 2800
Louisville, Kentucky 40202