# In the United States Court of Federal Claims

No. 93-648X

Filed: December 14, 2007

***********************************
*
LAND GRANTORS IN HENDERSON, *
UNION and WEBSTER COUNTIES, *
KENTUCKY and THEIR HEIRS, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
***********************************

**ORDER**

Plaintiffs' December 13, 2007 Unopposed Motion For Leave To Exceed The Page Limit, in the Response to Defendant's Motion for Judgment on the Pleadings or, in the Alternative, Motion for Judgment on the Record, is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**