**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| LAND GRANTORS IN HENDERSON, UNION, AND WEBSTER COUNTIES, KENTUCKY AND THEIR HEIRS | ) | |
| Plaintiffs, | ) | No. 93-648X<br>Judge Susan G. Braden |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION TO VACATE**
**THE NOVEMBER 24,1998 ORDER**

In its April 1, 2005 "Interim Report and Memorandum Opinion," *Land Grantors in Henderson, Union and Webster Counties, Kentucky v. United States*, 64 Fed.Cl. 661, 717-718 (2005) ("*Land Grantors I*"), the Court indicated that if jurisdiction under 28 U.S.C. §1491(a)(1) was not ultimately exercised and found to be appropriate it would reinstate the Order entered by Judge Merow on November 24, 1998 [Docket No. 65], which limited the scope of the congressional reference to only those landowners who "sold" their properties prior to the filing of declarations of taking.

The dismissal of the Tucker Act claim compels Plaintiffs to urge the Court to vacate that 1998 Order, which effectively removed from the case Plaintiffs representing about seventy-five percent (75%) of the total acreage acquired for Camp Breckinridge, and is contrary to the facts, the law and the intent of the sponsors of this congressional reference, prior to issuance of its final report and recommendation on Plaintiffs' remaining equitable claim and consideration by the review panel.

In connection with this motion, Plaintiffs also ask the Court to modify its class definition so that it is consistent with the intent of S. 794, that all former landowners of Camp Breckinridge property (or their heirs) be allowed to participate in any legislative award. Plaintiffs have outlined and summarized in their accompanying supporting Memorandum the amounts that unjustly inured to the benefit of the United States and a suggested methodology for allocation of those amounts consistent with the Court's reasoning in *Land Grantors I*.

Dated: March 6, 2008

Respectfully submitted,

Nancie Marzulla
Roger Marzulla
MARZULLA & MARZULLA
1350 Connecticut Avenue, N.W.
Suite 410
Washington, D.C. 20036
202.822.6760

s/M. Stephen Pitt
M. Stephen Pitt
Merrill S. Schell
Jean W. Bird
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street
Suite 2800
Louisville, KY 40202-2898
502.562.7372

20296140.1