Sepulveda, S.

U.S. Department of Justice

Environment and Natural Resources Division

90-1-23-3137

FILE

Washington, D.C. 20530

90-1-23-3137
DEPARTMENT OF JUSTICE
LANDS
RECORD

January 23, 1996

Holliday Hopkins Thacker, Attorney
Wyatt, Tarrant & Combs
Citizens Plaza
Louisville, Kentucky 40202

Re: Land Grantors, et al. v. The United States, No. 93-648X, in the United States Court of Federal Claims.

Dear Ms. Thacker:

In response to the request in your December 19, 1995 letter, I am here confirming that, in accordance to the agreement of the parties in 1995, Defendant will make available for review the documents which have been referred to as "administrative record."

I must first clarify that the documents which have been referred to as "administrative record" do not constitute an "administrative record," as such term is utilized in Administrative Law. Neither do the documents constitute "all documents in the Government's control pertaining to the subject matter of the congressional reference," as stated in your December 19, 1995 letter. Mr. Page utilized the phrase "administrative record" to refer to twenty volumes of materials in three ring binders compiled in 1994 by the U.S. Army Corp of Engineers, Louisville District. The documents contain information pertaining to the Army acquisition and subsequent transfer of title to the real estate at Camp Breckenridge, Kentucky.

The above documents will be made available for review at your office. I understand that you will arrange to have the documents picked-up at the Office of the U.S. Army Corps of Engineers, 600 Martin Luther King, Jr. Place, Room 812, Louisville, KY. The contact person is Robert A. Rudd, Assistant District Counsel. His telephone number is (502) 582-6353.

From Mr. Page's oral summary of the case and from reading the correspondence record, I understand that during an informal status conference held in 1995, the parties agreed that there would be an exchange of documents, Defendant providing the "administrative record" and Plaintiff providing an indexed copy of their documents as of that date. For easier reference, see copy of attached letter dated June 9, 1995 from Mr. Page to Ms. Jean W. Bird. I understand

Exhibit 1 to United States' Opposition to Claimants' Motion to Vacate

that you have no knowledge of this agreement, but that you will discuss it with your partners. I look forward to hearing from you as to this matter.

Sincerely,

Silvia Sepulveda-Hambor

SILVIA SEPULVEDA-HAMBOR
Attorney
General Litigation Section
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044
(202) 272-8227

Enclosure
cc: Robert A. Rudd



Exhibit 1 to United States' Opposition to Claimants' Motion to Vacate