# In the United States Court of Federal Claims

No. 93-648-1X

Filed: April 14, 2008

************************************

LAND GRANTORS IN HENDERSON, UNION, and WEBSTER COUNTIES, KENTUCKY and THEIR HEIRS,

Claimants/Plaintiffs,

v.

THE UNITED STATES,

Defendant.

************************************

**ORDER**

On January 10, 2008, the court entered a Memorandum Opinion And Final Judgment, dismissing Case No. 93-6481L as barred by 28 U.S.C. § 2501. *See Land Grantors* v. *United States*, 80 Fed. Cl. 196, 196 (2008). The court also lifted the stay on this case and advised the parties that the court would issue a Final Report on or before April 14, 2008.

In light of Plaintiffs' March 6, 2008 Motion To Vacate a November 24, 1998 Order and the Government's March 24, 2008 Opposition, however, the court now will issue a Final Report on or before April 18, 2008.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**