**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LAND GRANTORS IN HENDERSON, UNION, and WEBSTER COUNTIES, KENTUCKY and THEIR HEIRS,** | ) | |
| **Plaintiffs,** | ) | **No. 93-648X** |
| | ) | **Judge Susan G. Braden** |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFFS' NOTICE OF EXCEPTION TO HEARING OFFICER'S REPORT**

Pursuant to the Appendix D (7)(a) of the Court's Rules, Plaintiffs, Land Grantors in Henderson, Union, and Webster Counties, Kentucky, and their heirs, object to aspects of the Hearing Officer's Report, to be detailed in a subsequent brief.

Respectfully submitted,

_s/ Nancie G. Marzulla__________

Nancie G. Marzulla
Roger J. Marzulla
Marzulla Law
1350 Connecticut Avenue, N.W.
Suite 410
Washington, D.C. 20036
(202) 822-6760
(202) 822-6774

M. Stephen Pitt
Jean Bird
WYATT, TARRANT & COMBS, LLP
500 WEST Jefferson Street, Suite 2800
Louisville, Kentucky 40202-2898
(502) 589-5235
(502) 589-0309

Dated: May 20, 2008

Counsel for Plaintiffs