**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| LAND GRANTORS IN HENDERSON, UNION and WEBSTER COUNTIES, KENTUCKY and THEIR HEIRS, | ) | No. 93-648X |
| Claimants, | ) | Judge Charles F. Lettow (Presiding Officer), Senior Judges Lawrence S. Margolis, Loren A. Smith, Review Panel |
| v. | ) | |
| THE UNITED STATES, | ) | Judge Susan G. Braden, Hearing Officer |
| Defendant. | ) | |

**UNITED STATES' NOTICE OF INTENTION TO EXCEPT TO HEARING OFFICER'S REPORT**

Pursuant to Court of Federal Claims Rules Appendix D, ¶ 7, Defendant, the United States of America, hereby files its Notice of Intention to Except to the April 18, 2008 Final Report of the Hearing Officer (Doc. No. 244). In submitting this Notice, Defendant states its intention to except to the Final Report, as well as all interim decisions issued by Judge Braden, the designated Hearing Officer. See Final Report at 1 n.1 (gathering interim decisions).

The Court's rules contemplate that the Hearing Officer will transmit a copy of the Final Report to the Review Panel, who will "adopt or modify the findings and conclusions of the [H]earing [O]fficer and file its report with the clerk for service on the parties." RCFC, Appendix D, ¶ 8(d); 28 U.S.C. § 2509(d). After proceedings are concluded, the rules require the Chief Judge to transmit the Review Panel's report to the appropriate house of Congress. See RCFC, Appendix D, ¶ 10; 28 U.S.C. § 2509(e). According to the Final Report, however, the Hearing Officer transmitted a copy of the Final Report to several members of Congress. See Final Report at 53 n.42. To avoid any potential confusion among the recipients of the Final Report regarding

the procedural posture of this matter, Defendant suggests that the Review Panel may wish to consider forwarding this Notice to those individuals identified in footnote 42 of the Hearing Officer's Final Report to indicate that the "Final Report" is not final until the Review Panel has acted.

Respectfully submitted this 20th day of May, 2008.

RONALD J. TENPAS
Assistant Attorney General

/s/ William J. Shapiro
WILLIAM SHAPIRO
United States Department of Justice
Environment and Natural Resources Division
501 I Street
Suite 9-700
Sacramento, CA 95814
(916) 930-2207 (phone)
(916) 930-2210 (fax)

TOM C. CLARK II
Principal Deputy Section Chief
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, NW
Room 3152
Washington, DC 20530
(202) 514-3553 (phone)
(202) 305-0506 (fax)
Attorneys for the United States

Of Counsel:
Dale Holmes
Stephen J. Allison
Martin Cohen
U.S. Army Corps of Engineers