IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 93-648-X
(Filed: June 11, 2008)

**********************************
LAND GRANTORS IN HENDERSON, UNION, and WEBSTER COUNTIES, KENTUCKY and THEIR HEIRS,

Plaintiffs,

v.

UNITED STATES,

Defendant.
**********************************

SCHEDULING ORDER

Both plaintiffs and defendant timely filed notice that they except to the hearing officer's report in this case. To prepare for disposition of these exceptions by the review panel, pursuant to Appendix D, ¶ 8(b), of the Rules of the Court of Federal Claims, the parties shall file briefs on exceptions to the hearing officer's findings and conclusions in accord with the following schedule:

| Event | Deadline |
|---|---|
| Parties' opening briefs | July 2, 2008 |
| Parties' responsive briefs | July 23, 2008 |
| Parties' replies | August 6, 2008 |
| Oral argument before the panel | August 19, 2008 |

Oral argument shall be held in the National Courts Building commencing at 10:00 a.m. on August 19, 2008. The particular courtroom shall be posted in the lobby.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Presiding officer