**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LAND GRANTORS IN HENDERSON, UNION, AND WEBSTER COUNTIES, et al., | |
| Plaintiffs, | No. 93-648 X |
| v. | |
| UNITED STATES OF AMERICA, | Judge Charles F. Lettow (Presiding Officer), Senior Judges Lawrence S. Margolis, Loren A. Smith, Review Panel |
| Defendant. | |

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION**
**FOR ENLARGEMENT OF TIME TO FILE ITS OPENING BRIEF**

Plaintiffs oppose the Defendant's Motion to enlarge its time for filing its opening brief, from July 2, 2008 to August 8, 2008. The Final Report, upon which the Defendant will base its exceptions, was issued on April 18, 2008, almost two months ago. The parties have also briefed most, if not all of the issues, to be addressed by the Review Panel when this case was before the Hearing Officer.

If the Court decides to grant the Government's Motion for Enlargement, however, Plaintiffs ask that their filing dates be likewise modified.

Respectfully submitted,

_/s/ Nancie G. Marzulla_
Nancie G. Marzulla
MARZULLA LAW
1350 Connecticut Avenue, N.W.
Suite 410
Washington, D.C. 20036
(202) 822-6760
(202) 822-6774 (facsimile)

Dated: June 17, 2008

Counsel for Plaintiffs

Of Counsel:

M. Stephen Pitt
Merrill S. Schell
Jean W. Bird
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202-2898
(502) 589-5235
(502) 589-0309 (facsimile)