IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 93-648-X
(Filed: June 18, 2008)

***********************************
LAND GRANTORS IN HENDERSON, UNION, and WEBSTER COUNTIES, KENTUCKY and THEIR HEIRS,

Plaintiffs,

v.

UNITED STATES,

Defendant.
***********************************

AMENDED SCHEDULING ORDER

Pending before the court is defendant's motion for a thirty-seven day extension of time to file opening briefs in this case, with a concomitant adjustment of the other due dates for briefs and argument specified in the scheduling order issued June 11, 2008. Plaintiffs oppose any extensions, contending that the issues have been well ventilated before the hearing officer and that the requested extension is excessive especially in light of the fact that the parties filed their notices of exceptions on May 20, 2008.

Defendant has shown good cause for an adjustment of the schedule but not to the extent it requested. Consequently, defendant's motion is GRANTED IN PART, and the schedule previously entered in this action shall be adjusted as follows:

| Event | Original Deadline | New Deadline |
|---|---|---|
| Parties' opening briefs | July 2, 2008 | July 17, 2008 |
| Parties' responsive briefs | July 23, 2008 | August 4, 2008 |
| Parties' replies | August 6, 2008 | August 14, 2008 |
| Oral argument before the panel | August 19, 2008 | Unchanged |

Oral argument shall be held in Courtroom 203 in the National Courts Building commencing at 10:00 a.m. on August 19, 2008. Please note that this courtroom is ordinarily used by the Court of Appeals for the Federal Circuit and is being loaned to this court for purposes of the argument.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Presiding officer