# Summary of Dates on Petitions in Condemnation and Declarations of Taking

| # | Date of Petition in Condemnation (court) | Civil Number | Date of Declarations of Taking | Declaration of Taking Number | Number of Acres in Declaration |
|---|---|---|---|---|---|
| 1 | February 14, 1942 | 74 | June ?, 1942 | 1 | 9,288.62 |
| | | | August 31, 1942 | 2 | 302.91 |
| | | | April 12, 1943 | 3 | 110 |
| | | | April 30, 1943 | 4 | 44.56 |
| 2 | March 31, 1942 | 77 | June 30, 1942 | 1 | 5,004.97 |
| | | | June 30, 1942 | 2 | 2,171.16 |
| | | | July 15, 1942 | 3 | 3,813.52 |
| | | | July 27, 1942 | 4 | 3,915.72 |
| | | | August 27, 1942 | 5 | 1,691.86 |
| | | | April 13, 1943 | 6 | 1,138.40 |
| | | | May 20, 1943 | 6-R | 433.71 |
| 3 | June 22, 1942 | 81 | February 24, 1943 | 1 | 65.6 |
| | | | May 11, 1943 | 2 | 704.69 |
| 4 | October 23, 1942 | 88 | February 26, 1943 | 1 | 1,093.70 |
| | | | February 26, 1943 | 2 | 808.43 |
| | | | March 27, 1943 | 3 | 1.79 |
| 5 | May 12, 1944 | 134 | April 4, 1944 | 1 | 16.37 (easement only) |

**Attachment A to United States' Opening Brief**