**Documents cited to support finding that "numerous requests/petitions were made by the former landowners to repurchase their land after World War II ended." Land Grantors I, n.52**

| | Exhibit | Date | Author | Recipient | Former Owner? | Statement |
|---|---|---|---|---|---|---|
| 1 | DX-87 | 07/20/44 | M.J. O'Byrne, Col, Chief, Surplus War Real Estate Division | William Wolflin (Berwyn, Illinois) | No. The name "Wolflin" does not appear in the list of former landowners. | According to the letter, Mr. Wolflin had requested information regarding "the purchase of a small farm now located where Camp Breckinridge is stationed." |
| 2 | DX-92 | 12/11/44 | M.J. O'Byrne, Col, Chief, Surplus War Real Estate Division | E.R. McBride (Paducah, Kentucky) | Yes. This appears to be Tract No. E-110, a condemned tract. | Mr. McBride had inquired about his "interest in the repurchase of a tract of land containing 97 acres. . . ." Mr. McBride did not receive a repurchase promise. See DX-91. |
| 3 | DX-94 | 07/12/45 | George E. Fuller, Acting Deputy Administrator Real Estate | Dorothy Denton (Owensboro, Kentucky) | No. Ms. Denton described herself as "a daughter of one of the families whose home was taken. . . ." DX-93. | Ms. Denton's letter (DX-93) does not mention a repurchase promise, and simply requests information about repurchase rights. |
| 4 | DX-95 | 01/29/46 | J.R. O'Connor | none | No. The name "Riggs" appears in connection with some condemned tracts (Tract Nos. E-267, 366, 371), but the name "Reginald W. Riggs" does not appear in any of the acquisition documents associated with those tracts. | This "Daily Negotiations" document states only "Mr. Reginald W. Riggs, Morganfield, Kentucky, interested in property for cultivation in the area of this camp." |
| 5 | DX-96 | 02/13/46 | Edward C. Espy (Waverly, Kentucky) | Honorable Louis Ludlow | No. The name "Espy" does not appear in the list of former landowners. | Mr. Espy states that he was "discharged from Camp Breckinridge" and was "interested in starting to farm for myself." |
| 6 | DX-97 | 03/04/46 | Joseph J. Woolfson, Special Assistant | Clayton A. Lynch (Evansville, Indiana) | No. The name "Lynch" does not appear in the list of former landowners. | The document indicates Mr. Lynch was interested in Camp Breckinridge, Sturgis Air Field, and Camp George Air Field. |

**Attachment B to United States' Opening Brief**

**Documents cited to support finding that "numerous requests/petitions were made by the former landowners to repurchase their land after World War II ended." Land Grantors I, n.52**

| | Exhibit | Date | Author | Recipient | Former Owner? | Statement |
|---|---|---|---|---|---|---|
| 7 | DX-102 | 08/27/46 | Orville Lamb, Associate Regional Director of War Assets Corporation | James T. Wright (Tolu, Kentucky) | No. The name "James Wright" does not appear in the list of former landowners. | The document indicates Mr. Wright had "requested information concerning land at Camp Breckinridge." DX-102 at DOJ1375. |
| 8 | DX-107 | 12/02/46 | J.R. O'Connor, Deputy Regional Director of Office of Real Property Disposal | Claude Randolph (Morganfield, Kentucky) | No. The name "Claude Randolph" does not appear in the list of former landowners. | Mr. Randolph did not describe himself as a former landowner. DX-105. His letter indicates that he was simply interested in acquiring one of the Breckinrdige Properties after the war. See id. |