**Documents cited to support finding "there was considerable confusion about what federal office was responsible for decisions about disposal of Camp Breckinridge that was caused by the Government." Land Grantors I, n.53**

| | Exhibit | Date | Author | Recipient | Former Owner? | Statement |
|---|---|---|---|---|---|---|
| 1 | DX-87 | 07/20/44 | M.J. O'Byrne, Col, Chief, Surplus War Real Estate Division | William Wolflin (Berwyn, Illinois) | No. The name "Wolflin" does not appear in the list of former landowners. | "This property has not as yet been declared surplus. As soon as it is available for disposal, the Chicago Loan Agency . . . will take the necessary steps for its sale. We suggest that you contact Mr. B.A. Mattingly, the Manager, and advise him of your interest in the land and request that he notify you when it is to be sold." |
| 2 | DX-92 | 12/11/44 | M.J. O'Byrne, Col, Chief, Surplus War Real Estate Division | E.R. McBride (Paducah, Kentucky) | Yes. This appears to be Tract No. E-110, a condemned tract. | "Up to the present time, Camp Breckinridge has not been declared surplus to the needs of the government. At such time as it is certified to this agency and available for disposition, we will be glad to communicate with you further in the matter." DX-92 at DOJ1361. |
| 3 | DX-97 | 03/05/46 | Joseph J. Woolfson, Special Assistant | Clayton A. Lynch (Evansville, Indiana) | No. The name "Lynch" does not appear in the list of former landowners. | "Our records indicate that Camp Breckinridge and the Sturgis Air Field have not yet been declared surplus. . . . We are referring a copy of this letter to the Assistant Administrator, Real Property, in order that your name may be forwarded to the disposal agency charged with the disposition of these installations when assigned for disposal." |
| 4 | DX-102 | 08/01/46 | Orville Lamb, Associate Regional Director of War Assets Corporation | James T. Wright (Tolu, Kentucky) | No. The name "James Wright" does not appear in the list of former landowners. | "I am informed that the land as yet has not been declared to us. As soon as this facility is declared to our Administration, all agricultural land will be then turned over to the Farm Credit Administration for disposal." |
| 5 | DX-107 | 12/02/46 | J.R. O'Connor, Deputy Regional Director of Office of Real Property Disposal | Claude Randolph (Morganfield, Kentucky) | No. The name "Claude Randolph" does not appear in the list of former landowners. | "Camp Breckinridge has not been declared surplus to this agency, and we cannot give you the information requested at this time. However, we shall be glad to hold your letter in our files so that when the property has been declared surplus, full information will be forwarded you." |

**Attachment C to United States' Opening Brief**

**Documents cited to support finding "there was considerable confusion about what federal office was responsible for decisions about disposal of Camp Breckinridge that was caused by the Government." Land Grantors I, n.53**

| | Exhibit | Date | Author | Recipient | Former Owner? | Statement |
|---|---|---|---|---|---|---|
| 6 | DX-150 | 07/05/51 | Thomas I. Peyton, Chief Disposal Branch, Real Property Disposal Division | Fred I. King (Indianapolis, Indiana) | Yes. Mr. King's letter was written on behalf of Kathryn B. Gill, one of the heirs of the estate of Mort V. Brown. This appears to be Tract Nos. E-20, E-374, and E-380 a condemned tract. See DX-149. | "Since the property remains under the jurisdiction of the Department of the Army, it is suggested that you communicate with the [Corps of Engineers] to obtain information in regard to any claim of right to redeem the land by any one of the heirs of the Mort V. Brown Estate. Properties that are excess to the needs of an executive agency are reported to the Regional Office of the General Services Administration that serves the area in which the properties are located and thereby become subject to disposition under the provisions of the Federal Property and Administrative Services Act of 1949. . . ." |