**Affidavits cited to support finding "many of the landowners entered into Contracts with . . . the apparent understanding that they could repurchase their properties after World War II was concluded." Land Grantors I, n.36**

| | Exhibit | Date | Affiant | Statement | Tract | Method | Unique Concerns |
|---|---|---|---|---|---|---|---|
| 1 | CX-126 | 3/29/1979 | T.J. Tapp | In response to question "Did the government say you could purchase your farm back after the war, having first chance?" answered "Yes" and stated "At this time the Government requested the oil company to cap the oil well and told Mr. Tapp that when they were through with the land, that the land owners would be allowed to get their land back as the government had no need for the oil well during the war." | E-656 | Purchased | It is unclear who signed this document. States that T.J. Tapp was the owner in 1942 and affidavit is signed "T.J. Tapp," but the affidavit refers to T.J. Tapp in the third person. |
| 2 | CX-133 | 3/1/1979 | Bernard L. Wathen, James L. (and possibly others) | In response to question "Did a government agent tell you or a member of your family that the original landowners would be given the first option to repurchase the land after the camp was declared surplus property?," answered "We (children) repeatedly overheard from our father (J.B. Wathen) and his brother J.A. Wathen that they would have the first option to buy back the land when the war (W.W.2) was over." | A-9 or A-10 | condemned | Document references "attached copies" of family's experience of land condemnation, but there is no attachment. "John B. Wathen" does not appear as a former owner. Price paid was actually $95.48 and $225.10 per acre for the two tracts, not $70-90 per acre as stated in the affidavit. Several people have signed this affidavit. |
| 3 | CX-141 | 3/6/1979 | H.D. Payne, Sr. | "That the affiant was present and hear government agents state to his father, W.T. Payne, that after he had sold the property to the government for the army camp that after the war he would be allowed a chance to buy the property back at close to the price paid for it by the government." | B-30 | condemned | Date of signature is marked through (like CX-142), although different dates and different notaries are used |

**Affidavits cited to support finding "many of the landowners entered into Contracts with . . . the apparent understanding that they could repurchase their properties after World War II was concluded." Land Grantors I, n.36**

| | Exhibit | Date | Affiant | Statement | Tract | Method | Unique Concerns |
|---|---|---|---|---|---|---|---|
| 4 | CX-142 | 3/12/1979 | Benton O'Nan | "They were told . . . that when the land was no longer needed as an army camp, that they would have the first option to repurchase the land from the government at [the sales price]." | unclear | unclear | Date of signature is marked through (like CX-141), although different dates and different notaries are used. The affidavit is written in the third person, but apparently is a former owner. |
| 5 | CX-143 | 2/4/1979 | Albert Martin | In response to question "Did a government agent tell you or a member of your family that the original landowners would be given the first option to repurchase the land after the camp was declared surplus property?," answered "Yes. We were told that we would get our land back in five years, also said we might get it back cheaper than we got" | C-3 | condemned | Portion of the affidavit is cut off |
| 6 | CX-144 | 2/23/1979 | ??? E. Griggs Brooks and John L. Brooks Jr. | In response to question "Did a government agent give an oral promise that you would be given the first option to repurchase your farm after the war was over?" Answered "Yes. The promise that it would be sold back to original owner." | unclear | unclear | |
| 7 | CX-147 | 2/15/1979 | Ruth G. Henshaw | "[T]hey were promised they could buy this land back when the war was over and Camp Breckinridge was no longer needed." | unclear | unclear | Hearing Officer does not cite CX-146, which contains a narrative that is identical to CX-147 and CX-213. CX-146 and CX-147 were signed on the same day. The same property is apparently discussed in CX-146, CX-147, CX-148, CX-149, CX-151, and CX-152. |

**Affidavits cited to support finding "many of the landowners entered into Contracts with . . . the apparent understanding that they could repurchase their properties after World War II was concluded." Land Grantors I, n.36**

| | Exhibit | Date | Affiant | Statement | Tract | Method | Unique Concerns |
|---|---|---|---|---|---|---|---|
| 8 | CX-148 | 3/8/1979 | Gerald Griggs | "[T]hey were promised they could buy this land back when the war ended and Camp Breckinridge was no longer needed." | unclear | unclear | The same property is apparently the same property discussed in CX-146, CX-147, CX-148, CX-149, CX-151, and CX-152. |
| 9 | CX-149 | 2/15/1979 | Benny Griggs | "After war, landowner was to be given first chance to purchase land at a reasonable price." | unclear | unclear | The same property is apparently the same property discussed in CX-146, CX-147, CX-148, CX-149, CX-151, and CX-152. |
| 10 | CX-152 | 11/7/1994 | Clara Evelyn Griggs | "Promises were made that the land could be repurchased after the war was over and consequently, they should go without complaint." CX-152 at (unnumbered) 2. | unclear | unclear | Signed after lawsuit had been initiated. The same property is apparently discussed in CX-146, CX-147, CX-148, CX-149, CX-151, and CX-152. |
| 11 | CX-155 | 8/17/1979 | Russell Holeman | In response to question "Did a government agent tell you or a member of your family that the original landowners would be given the first option to repurchase the land after the camp was declared surplus property?", answered "Yes, it was second hand information as I was a minor at the time." | E-12 | condemned | States that "I was a minor at the time." |

**Affidavits cited to support finding "many of the landowners entered into Contracts with . . . the apparent understanding that they could repurchase their properties after World War II was concluded." Land Grantors I, n.36**

| | Exhibit | Date | Affiant | Statement | Tract | Method | Unique Concerns |
|---|---|---|---|---|---|---|---|
| 12 | CX-163 | 3/15/1979 | Donald L. Bullock | In response to the question "Did a government agent tell you or a member of your family that the original landowners would be given the first option to repurchase the land after the camp was declared surplus property?, answered "We were told by our father that he was told he would be given first chance at buying property back." | E-169 | condemned | Signature says it is "Mrs. Lillie P. Bullock By Donald L. Bullock (Son)." Contrary to the affiant's statement, the oil rights were leased in 1942. |
| 13 | CX-164 | 3/3/1979 | Mrs. N. O. Denton | "The government agents informed them that they would have the first option to repurchase the land after the war ended." | unclear | unclear | Two names appear on the signature line and the name is crossed out in the typed portion. Blanks in affidavit are not filled in. |
| 14 | CX-167 | 9/21/1978 | Clifton E. Blue | "We were told when the war was over we would get our land back at the same price paid less damages." | E-196 | condemned | |

**Affidavits cited to support finding "many of the landowners entered into Contracts with . . . the apparent understanding that they could repurchase their properties after World War II was concluded." Land Grantors I, n.36**

| | Exhibit | Date | Affiant | Statement | Tract | Method | Unique Concerns |
|---|---|---|---|---|---|---|---|
| 15 | CX-168 | 3/15/79 for two affidavits; undated for four affidavits | Ruth S. Russell | CX-168 includes six different affidavits, apparently signed by the same person (Ruth S. Russell). The first two affidavits are in a different handwriting than the last four. The first, second, and fifth affidavits state only "Yes" in response to question "Did the government say you could purchase your farm back after the war, having first chance?" The third and sixth affidavit responds "Mr. Pete West told my father that he would get his farm back after the war so there was never a price put on the oil and gas lease." The fifth affidavit responds "Unknown" to the question "Did a government agent tell you or a member of your family that the original landowners would be given the first option to repurchase the land after the camp was declared surplus property?" | E-198, E-36, E-342, E-341 | condemned | There are 6 different affidavits, signed by the same person (Ruth S. Russell). The first two are in a different handwriting than the last four. Three of the four tracts had leased their mineral rights before 1942 (E-198, E-36, E-241). |
| 16 | CX-169 | 2/16/1979 | Jessie Russell Wood | "They also promised we could have our land back after the war." CX-169 at 1. | unclear | Condemned | Sale information in narrative is not correct. The date the narrative was signed is different than the date at the top of the document. |

**Affidavits cited to support finding "many of the landowners entered into Contracts with . . . the apparent understanding that they could repurchase their properties after World War II was concluded." Land Grantors I, n.36**

| | Exhibit | Date | Affiant | Statement | Tract | Method | Unique Concerns |
|---|---|---|---|---|---|---|---|
| 17 | CX-170 | 3/9/1982 | Ernest (Elvis) Stone | In response to question "Did a government agent tell you or a member of your family that the original landowners would be given the first option to repurchase the land after the camp was declared surplus property?" responded "The man in the office told me that when the war was over and the camp was longer needed we could have the land back at a fair price, we was ??? It back at any price." | E-210 | Condemned | A portion of the affidavit is cut off. The affiant does not identify the "man in the office." The affidavit appears to have two different handwritings. |
| 18 | CX-172 | 3/15/1979 | Stanley Nelson | In response to question “Did the government say you could purchase your farm back after the war, having first chance?", answered "Yes." | E-212 (unclear) | Condemned | |
| 19 | CX-173 | 2/14/1979 | Hassie Tilley Adamson | "We were verbally promised our farm back when the government was through with it, but we never got the chance to even buy it back several years later." | E-231 and E-215 (unclear) | Condemned | |
| 20 | CX-178 | 5/21/1979 | Lillie White Riggs Freer | In response to question "Did the government say you could purchase your farm back after the war, having first chance?", answered "Yes." | unclear | Condemned | Signature is not notarized. |

**Affidavits cited to support finding "many of the landowners entered into Contracts with . . . the apparent understanding that they could repurchase their properties after World War II was concluded." Land Grantors I, n.36**

| | Exhibit | Date | Affiant | Statement | Tract | Method | Unique Concerns |
|---|---|---|---|---|---|---|---|
| 21 | CX-179 | undated | Polly Puryear Brown | In response to question "Did a government agent tell you or a member of your family that the original landowners would be given the first option to repurchase the land after the camp was declared surplus property," answered "My father (Payton Puryear) said the agent (whose name we don't recall) told him we should accept the Gov's offer of $119 an acre and they would receive first option to buy the land back." | E-339 | condemned | Signature is on "Notary Public Line," without a date. CX-179 at 1. Affiant states that she was 10 years old at the time of acquisition. Id. This is the same tract as CX-180. Description of the property is different than that in CX-180. |
| 22 | CX-180 | 3/13/1979 | Mr. and Mrs. Payton Puryear | In response to question "Did the government say you could purchase your farm back after the war, having first chance?", answered "Yes." | E-339 | condemned (Trial) | This is the same tract as CX-179. Description of the property is different than that in CX-179. |
| 23 | CX-182 | 2/6/1979 and undated | Mrs. Joe (Caroline) Greenwell) | In response to question "Did a government agent tell you or a member of your family that the original landowners would be given the first option to repurchase the land after the camp was declared surplus property?, responded "They said we could have it back after the war was over or at least in twenty years for what they gave us less depreciation." | E-34 | Condemned | Two affidavits are included for the same property. The affidavits have contradictory information, although they are apparently signed by the same person. The affidavits are notarized by different notary publics, apparently on different dates. This is the same tract as CX-183. In contrast to the affidavits, the minerals on E-34 were leased to a third-party oil company. |

**Attachment D to United States' Opening Brief**

**Affidavits cited to support finding "many of the landowners entered into Contracts with . . . the apparent understanding that they could repurchase their properties after World War II was concluded." Land Grantors I, n.36**

| | Exhibit | Date | Affiant | Statement | Tract | Method | Unique Concerns |
|---|---|---|---|---|---|---|---|
| 24 | CX-183 | 2/13/1979 | Robert Greenwell | In response to question "Did a government agent tell you or a member of your family that the original landowners would be given the first option to repurchase the land after the camp was declared surplus property?, responded "We were told we could repurchase the land at purchase price minus depreciation." | E-34 | Condemned | This is the same tract as CX-182. In contrast to the affidavit, the minerals on E-34 were leased to a third-party oil company. |
| 25 | CX-185 | 2/13/1979 | Mary L. Spencer Caton | In response to question "Did a government agent tell you or a member of your family that the original landowners would be given the first option to repurchase the land after the camp was declared surplus property?, responded "Yes, my father was told he would have first option to repurchase the land." | unclear | unclear | Affiant says "As I was married and living away from home and raising a family I do not know the details of the land condemnation." |
| 26 | CX-190 | 3/2/1979 | Charles Gibson, Charlie Gibson, Mildred Bridwell, Irene G. Jones | In response to question "Did the government say you could purchase your farm back after the war, having first chance?", answered "Yes." | E-624 | condemned (Trial) | There are four signatures on the affidavit, and there is no notary public stamp |
| 27 | CX-196 | 3/15/1979 | Vendeline Nelson | In response to question "Did the government say you could purchase your farm back after the war, having first chance?", answered "Yes." | E-674, E-684, E-685 (unclear) | Condemned | Affiant is notary public for many affidavits. In contrast to the affidavit, the minerals on all three tracts were leased before 1942. |

**Affidavits cited to support finding "many of the landowners entered into Contracts with . . . the apparent understanding that they could repurchase their properties after World War II was concluded." Land Grantors I, n.36**

| | Exhibit | Date | Affiant | Statement | Tract | Method | Unique Concerns |
|---|---|---|---|---|---|---|---|
| 28 | CX-197 | 3/6/1979 | Jewell Duncan | "The government appraisers told us that after the war when the camp was no longer needed we would have first chance to purchase our farm." | E-679 | Condemned | |
| 29 | CX-202 | 10/11/1979 | Mary Catherine Bell Reynolds | "[M]y mother often told me that the government buyers had assured her that the farm would only be used for the duration of the war, ?? [T]he government had no further use for the land and that it would re?? To us at the close of the war." | E-203 (unclear) | Condemned | Affiant says "Since I was only eight years old at the time Camp Breckinridge was planned, my knowledge of the negotiations on our farm is sketchy." CX-202 at 1. Affiant is listed as heir for CX-203. |
| 30 | CX-203 | 2/9/1979 | Blanch B. Banks | In response to question "did a government agent tell you or a member of your family that the original landowners would be given the first option to repurchase the land after the camp was declared surplus property?," responded "Men from Corp. of Engineers said she would have the first bid to buy back the two (2) Farms at which time the Government did not need it. Also, the stated that if [anyone] else got more money she would also, which she didn't." | E-83 (unclear) | Condemned | Lists Mary Catherine Bell Reynolds (affiant for CX-202) as also an heir. |
| 31 | CX-204 | 3/1/1979 | Joseph H. Woodring | "My father, Thomas Woodring, told me that he was told by the government agent that he would be able to repurchase the farm after the camp was declared surplus." | E-85 | Condemned | |

**Affidavits cited to support finding "many of the landowners entered into Contracts with . . . the apparent understanding that they could repurchase their properties after World War II was concluded." Land Grantors I, n.36**

| | Exhibit | Date | Affiant | Statement | Tract | Method | Unique Concerns |
|---|---|---|---|---|---|---|---|
| 32 | CX-205 | 3/2/1979 | Lloyd H. Woodring | "Pete West, a friend of Dad, said 'you or your heirs will get the first chance to buy the land back at the same price less the damages. The government will only operate the camp four to six years.' My dad said that he would not be interested in the farm and I said that I would buy the farm to build a motel. . . ." | E-86 | Condemned | |
| 33 | CX-210 | 2/12/1979 | Billy J. Timmons | In response to question "did a government agent tell you or a member of your family that the original landowners would be given the first option to repurchase the land after the camp was declared surplus property?," responded "they did. Had first chance to buy back." CX-210 at 1. | A-30 | Purchased | Says that GSA bought the land from the original owners. Says that land was eventually sold "to governments officials wives." CX-210 at 2. |
| 34 | CX-211 | 10/20/1978 | G.W. Cambron | States that he overheard an unnamed “land acquisition officer say to his father that the Federal Government was going to build an army camp in the area and that his father's farm was needed for the camp and that he would be notified when to vacate the promises. He also heard the land acquisition officer tell his father that he would be able to repurchase the farm after the war was over." CX-211 at 1. | B-39 | Purchased | Says that father tried to reserve the mineral rights, but that the agent refused, saying "we will have to have this land from heaven to hell." CX-211 at 1-2. Same tract as CX-212 and CX-218. |

**Affidavits cited to support finding "many of the landowners entered into Contracts with . . . the apparent understanding that they could repurchase their properties after World War II was concluded." Land Grantors I, n.36**

| | Exhibit | Date | Affiant | Statement | Tract | Method | Unique Concerns |
|---|---|---|---|---|---|---|---|
| 35 | CX-212 | 2/6/1979 | Anne Luckett Cambron ??? | In response to question "Did a government agent tell you or a member of your family that the original landowners would be given the first option to repurchase the land after the camp was declared surplus property?," responded "The general belief and talk at that time was that the original landowners were to have first chance to repurchase their land taken by the Federal Government for Camp Breckinridge along with the mineral rights." | B-39 | Purchased | Same tract as CX-211 and CX-218. |
| 36 | CX-213 | 3/16/1979 | Elizabeth J. Stegar | "[T]hey were promised that they could buy this land back when the war ended and Camp Breckinridge was no longer needed." | E-117; E-115 | Purchased | CX-146, CX-147 and CX-213 are signed by different people on different days, but contain an identical narrative. This is the same tract as CX-216. |
| 37 | CX-216 | 11/16/1979 | Samuel W. Steger | In response to question "Did a government agent tell you or a member of your family that the original landowners would be given the first option to repurchase the land after the camp was declared surplus property?" Responded: "Yes --They talked with my Grandfather my mother & dad -- I was not at home but in College. They related story to me.” | E-117; E-115 | Purchased | This is the same tract as CX-213. States "I was not at home but at College. They related story to me." |
| 38 | CX-218 | 5/21/1979 | Annie Miller Day Jenkins | In response to question “Did the government say you could purchase your farm back after the war, having first chance?" responded: “Yes.” | E-39 and E-40 | Purchased | Same tract as CX-211 and CX-212. |

**Affidavits cited to support finding "many of the landowners entered into Contracts with . . . the apparent understanding that they could repurchase their properties after World War II was concluded." Land Grantors I, n.36**

| | Exhibit | Date | Affiant | Statement | Tract | Method | Unique Concerns |
|---|---|---|---|---|---|---|---|
| 39 | CX-219 | 3/7/1979 | Henry V. Clements, Jr. | "We were told by the government land appraisers, when this land was condemned for the camp, that we would get it back when the war was over for the same price we had been paid for it by the government." | unclear | unclear | The text of the affidavit is nearly identical to CX-220 (which the Hearing Officer does not reference), signed by a different affiant on a different day. The date of the document is February 26, 1979, but it was apparently signed on March 7, 1979. |
| 40 | CX-221 | 1/29/1979 | Charles Russell and June R. Crowley | "He was also promised first refusal when the property was sold by the government" is in different handwriting than rest of the affidavit | E-619 and E-653 (unclear) | Purchased | Apparently signed by two affiants. Not notarized, but the notary's name is on the document. Appears that notary public wrote information on the second page: "Drill well pronounced dry hole 1941. Now - most productive field. Ashland." The allegation about repurchase promises is in a different handwriting than the rest of the affidavit. |
| 41 | CX-223 | 2/2/1979 | Helburn Tapp | In response to question "Did the government say you could purchase your farm back after the war, having first chance?," responded "yes" | E-623 | purchased | |
| 42 | CX-226 | 5/21/1979 | Helen Whitledge | In response to question "Did the government say you could purchase your farm back after the war, having first chance?," responded "yes" | E-635 | Purchased | Contrary to affidavit, the mineral rights were leased before 1942. |
| 43 | CX-227 | 2/5/1979 | Lorene Straker | "She was told that after the war when the camp was no longer needed that she would have first chance to purchase her farm." | E-637 | Purchased | Contrary to affidavit, the mineral rights were leased before 1942. |

**Affidavits cited to support finding "many of the landowners entered into Contracts with . . . the apparent understanding that they could repurchase their properties after World War II was concluded." Land Grantors I, n.36**

| | Exhibit | Date | Affiant | Statement | Tract | Method | Unique Concerns |
|---|---|---|---|---|---|---|---|
| 44 | CX-228 | 7/16/1979 | Odessa Duncan Watson | In response to question "Did a government agent tell you or a member of your family that the original landowners would be given the first option to repurchase the land after the camp was declared surplus property?," responded "Yes." | E-642, E-654 (unclear) | Purchased | Not notarized. The affidavit refers to the affiant in the third person. |
| 45 | CX-229 | 1/22/1979 | Marietta Tapp Chandler | “[H]e had confidence in his government, that when the war was over he would be given the first opportunity to purchase the land back.” | E-658 | Purchased | |
| 46 | CX-230 | 5/21/1979 | J.A. Tapp | In response to question “Did the government say you could purchase your farm back after the war, having first chance?," responded “yes” | E-668 | Purchased | Not notarized. |
| 47 | CX-231 | undated | Kathryn Tapp Buchanan | In response to question “Did the government say you could purchase your farm back after the war, having first chance?," responded “Yes. My parents still had hopes of getting first option to repurchase their farm. They believed in their government and trusted in the government agent to tell the truth." | E-677 | Purchased | Not notarized. |
| 48 | CX-232 | 3/25/1979 | Russell B. Babbs | "We were told that when the war was over we would get a chance to buy the land back." | unclear | unclear | States that he was not 21 at the time of the acquisition. |

**Affidavits cited to support finding "many of the landowners entered into Contracts with . . . the apparent understanding that they could repurchase their properties after World War II was concluded." Land Grantors I, n.36**

| | Exhibit | Date | Affiant | Statement | Tract | Method | Unique Concerns |
|---|---|---|---|---|---|---|---|
| 49 | CX-123 | 4/4/79 | Frederick Williams | States that he was a former government employee and that the "general feeling of all government employees at this time, appraisers and negotiators, that the land owners would have the right to repurchase the property taken from them as soon as the property was no longer needed by the government for the war effort." | none | none | Signature appears on a separate page from the notarized date. The name "Frederick Williams" does not appear in any of the Acquisition Documents. Mr. Williams does not identify any particular landowner with whom he might have had contact, or whether he was speaking about the 1944 Act. |