**Discovery responses cited to support finding "many of the landowners entered into Contracts with . . . apparent understanding that they could repurchase their properties after World War II." Land Grantors I, n.37**

| | Exhibit | Assertion of Repurchase Right | Tract | Method | Notes |
|---|---|---|---|---|---|
| 1 | DX-675 | "I can only say my parents were told they would have a chance to have first chance to purchase the property once it was sold. However, the home, of course, was destroyed. They were deceased at the time all property was sold and no one was notified to best of my knowledge." DX-675 at 8(unnumbered). | E-709 | purchased | States he "was a small child at the time of purchase of the property" and admits he has no information with respect to other discovery requests. DX-675 at 3. |
| 2 | DX-677 | "Yes, no names were ever given to the landowners. But the landowners were promised they could purchase the land back when they, the Government were finished using it at 10% less than the property owners were paid originally." DX-677 at 8. | E-671 | purchased | This response appears to confuse the right to repurchase movable properties at 10% of their value, with the alleged right to repurchase the land back after the war. |
| 3 | DX-678 | "My father (I.C. Russell) told me that the land they took from our family would be able to have first choice at getting the land back." | E-628 | purchased | Answers "I don't know" for all other questions. The hearsay response is based on the same source as DX-679. Portions of the responses are identical to the responses given in DX-679 (e.g., response to Interrogatory No. 14 is nearly identical) |
| 4 | DX-679 | "When I was young my father (I.C. Russell) had mentioned to me that the government had taken the land to form Camp Breckinridge and that they (the families) were suppose [sic] to be able to purchase the land back but this did not happen." DX-679 at 8. | E-6 | condemned | Answers "I don't know" for all other questions. The hearsay response is based on the same source as DX-678. Portions of the responses are identical to the responses given in DX-678 (e.g., response to Interrogatory No. 14 is nearly identical) |
| 5 | DX-680 | "I have no such documents, but my grandparents always said such a promise was made." DX-680 at 8. | E-140 | purchased | Also states that "My grandparents' phone was used by oil workers who were overheard explaining they thought oil was beneath the land." DX-680 at 10. |
| 6 | DX-681 | "I was always told all my life that there was such an arrangement made that the gov. did not live up to, however this all occurred before I was born!" DX-681 at 8. | A-30 | purchased | In response to question asking whether fair market value was paid, states "It's only my opinion and yet to be proved." DX-681 at 11. |

**Attachment F to United States' Opening Brief**

**Discovery responses cited to support finding "many of the landowners entered into Contracts with . . . apparent understanding that they could repurchase their properties after World War II." Land Grantors I, n.37**

| | Exhibit | Assertion of Repurchase Right | Tract | Method | Notes |
|---|---|---|---|---|---|
| 7 | DX-683 | "Yes. I was staying with Arpah Caton who was my great aunt, she was never married she told me what the representative told her." | E-627 | purchased | The signator (Mr. Culver) was deposed on October 4, 2004. See PX-268. Mr. Culver testified he was not present when the government agent talked to his aunts, see id. at 42:23 to 43:2, and he did not know the name of the government agent who talked with his aunt and great-aunt, see id. at 39:6-11. His personal knowledge was admittedly incomplete, as he testified that his aunts never discussed their finances with him and that he knew nothing about their financial situation. See id. at 58:11-19. In addition, he admitted that his aunts did not tell him everything about the government agent's visit to the property. See, e.g., id. at 77:2-19. |
| 8 | DX-692 | "Through rumor it was a oral promise." | A-15 | purchased | Same tract of land for DX-692, DX-693, DX-694, DX-695. |
| 9 | DX-693 | "Do not know representative, but family was told when government through with property family would get it back. Do not how much government gave them if anything." DX-693 at 8. | A-15 | purchased | Same tract of land for DX-692, DX-693, DX-694, DX-695. Appears to have two different handwritings at page 7. |
| 10 | DX-694 | "In later years I was told by family members 'that promises that owners would be given priority to repurchase' were given to owners." DX-694 at 8. | A-15 | purchased | Same tract of land for DX-692, DX-693, DX-694, DX-695. States that at the time of acquisition "I was a child." DX-694 at 6. Signator is not identified: in response to question asking "Identify the Person(s) answering these interrogatories," the only answer given is "My grandfather owned this property." Id. at 16. |
| 11 | DX-695 | "[T]hey were promised land back when Camp Breckinridge closed. . . ." | A-15 | purchased | Same tract of land for DX-692, DX-693, DX-694, DX-695 |