## Different Tracts Relevant to Finding About Repurchase Promises

| Tract | Exhibit(s) | Method | Citation Reference | Number of Different Purchased Tracts | Number of Different Condemned Tracts |
|---|---|---|---|---|---|
| A-15 | DX-692; DX-693; DX-694; DX-695 | purchased | Discovery Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 37) | 1 | |
| A-30 | CX-210; DX-681 | Purchased | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36); Discovery Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 37) | 1 | |
| A-31 and E-203 | CX-269 | Purchased and condemned | Deposition Transcripts Relied Upon to Show Repurchase Promises (First Interim Report at footnote 35) | 1 | 1 |
| A-9 or A-10 | CX-133 | condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | | 2 |
| B-30 | CX-141 | condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | | 1 |
| B-39 | CX-211; CX-212 | Purchased | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | 1 | |
| C-3 | CX-143 | condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | | 1 |

**Different Tracts Relevant to Finding About Repurchase Promises**

| Tract | Exhibit(s) | Method | Citation Reference | Number of Different Purchased Tracts | Number of Different Condemned Tracts |
|---|---|---|---|---|---|
| E-6 | DX-679 | condemned | Discovery Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 37) | | 1 |
| E-12 | CX-155 | condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | | 1 |
| E-14 and E-28 | CX-272 | condemned | Deposition Transcripts Relied Upon to Show Repurchase Promises (First Interim Report at footnote 35) | | 2 |
| E-34 | CX-182; CX-183 | Condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | | 1 |
| E-39 and E-40 | CX-218 | Purchased | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | 2 | |
| E-83 (unclear) | CX-203 | Condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | | 1 |
| E-85 | CX-204 | Condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | | 1 |
| E-86 | CX-205 | Condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | | 1 |

**Different Tracts Relevant to Finding About Repurchase Promises**

| Tract | Exhibit(s) | Method | Citation Reference | Number of Different Purchased Tracts | Number of Different Condemned Tracts |
|---|---|---|---|---|---|
| E-117; E-115 | CX-213; CX-216 | Purchased | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | 2 | |
| E-140 | DX-680 | purchased | Discovery Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 37) | 1 | |
| E-167; E-714 | CX-270 | condemned | Deposition Transcripts Relied Upon to Show Repurchase Promises (First Interim Report at footnote 35) | | 2 |
| E-169 | CX-163 | condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | | 1 |
| E-196 | CX-167 | condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | | 1 |
| E-198, E-36, E-342, E-341 | CX-168 | condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | | 4 |
| E-203 (unclear) | CX-202 | Condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | | 1 |
| E-210 | CX-170 | Condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | | 1 |

# Different Tracts Relevant to Finding About Repurchase Promises

| Tract | Exhibit(s) | Method | Citation Reference | Number of Different Purchased Tracts | Number of Different Condemned Tracts |
|---|---|---|---|---|---|
| E-212 (unclear) | CX-182 | Condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | | 1 |
| E-223 | Tilley Deposition | condemned | Deposition Transcripts Relied Upon to Show Repurchase Promises (First Interim Report at footnote 35) | | 1 |
| E-225 | CX-274 | condemned | Deposition Transcripts Relied Upon to Show Repurchase Promises (First Interim Report at footnote 35) | | 1 |
| E-231 and E-215 (unclear) | CX-173 | Condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | | 2 |
| E-339 | CX-179; CX-180 | condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | | 1 |
| E-340 | CX-275 | condemned | Deposition Transcripts Relied Upon to Show Repurchase Promises (First Interim Report at footnote 35) | | 1 |
| E-619 and E-653 (unclear) | CX-221 | Purchased | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | 2 | |
| E-623 | CX-223 | purchased | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | 1 | |

**Attachment G to United States' Opening Brief**

## Different Tracts Relevant to Finding About Repurchase Promises

| Tract | Exhibit(s) | Method | Citation Reference | Number of Different Purchased Tracts | Number of Different Condemned Tracts |
|---|---|---|---|---|---|
| E-624 | CX-190 | condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | | 1 |
| E-627 and E-633 | CX-263; DX-683 | purchased | Deposition Transcripts Relied Upon to Show Repurchase Promises (First Interim Report at footnote 35); Discovery Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 37) | 2 | |
| E-628 | DX-678 | purchased | Discovery Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 37) | 1 | |
| E-635 | CX-226 | Purchased | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | 1 | |
| E-637 | CX-227 | Purchased | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | 1 | |
| E-642, E-654 (unclear) | CX-228 | Purchased | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | 2 | |
| E-647 | CX-273 | purchased | Deposition Transcripts Relied Upon to Show Repurchase Promises (First Interim Report at footnote 35) | 1 | |

**Attachment G to United States' Opening Brief**

**Different Tracts Relevant to Finding About Repurchase Promises**

| Tract | Exhibit(s) | Method | Citation Reference | Number of Different Purchased Tracts | Number of Different Condemned Tracts |
|---|---|---|---|---|---|
| E-656 | CX-126 | Purchased | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | 1 | |
| E-658 | CX-229 | Purchased | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | 1 | |
| E-668 | CX-230 | Purchased | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | 1 | |
| E-671 | DX-677 | purchased | Discovery Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 37) | 1 | |
| E-674, E-684, E-685 (unclear) | CX-196 | Condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | | 3 |
| E-677 | CX-231 | Purchased | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | 1 | |
| E-679 | CX-197 | Condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 36) | | 1 |
| E-695 | CX-276 | condemned | Deposition Transcripts Relied Upon to Show Repurchase Promises (First Interim Report at footnote 35) | | 1 |

**Different Tracts Relevant to Finding About Repurchase Promises**

| Tract | Exhibit(s) | Method | Citation Reference | Number of Different Purchased Tracts | Number of Different Condemned Tracts |
|---|---|---|---|---|---|
| E-709 | DX-675 | purchased | Discovery Relied Upon By the Hearing Officer to Support Conclusion About Repurchase Promises (footnote 37) | 1 | |
| **Total** | | | | **26** | **36** |