**Affidavits cited to support finding that parties mistakenly believed that there were no minerals underlying the Breckinridge Properties. Land Grantors I, n.44**

| | Exhibit | Date | Affiant | Mineral Information | Tract | Unique Concerns |
|---|---|---|---|---|---|---|
| 1 | CX-126 | 3/29/1979 | T.J. Tapp | "Mr. Jeff Tapp had a producing oil well at this time," and had received income from the well. Says oil rights were leased in 1942; no pumping oil wells were near the farm in 1942; owner did have pumping oil wells at the time of evacuation in 1942. | E-656 | It is unclear who signed this document. States that T.J. Tapp was the owner in 1942 and affidavit is signed "T.J. Tapp," but the affidavit refers to T.J. Tapp in the third person. |
| 2 | CX-133 | 3/1/1979 | Bernard L. Wathen, James ??? (and possibly others) | Says oil rights were leased before 1942; did not own pumping oil wells in 1942; there were pumping oil wells located near the farm in 1942 | A-9 and A-10 | Document references "attached copies" of family's experience of land condemnation, but there is no attachment. "John B. Wathan" does not appear as a former owner. Price paid was actually $95.48 and $255.10 per acre for the two tracts, not $70-90 as stated in the affidavit. |
| 3 | CX-147 | 2/15/1979 | Ruth G. Henshaw | "No consideration was given them for their mineral rights." | unclear | CX-146, CX-147 and CX-213 are identical. The same property is apparently discussed in CX-146, CX-147, CX-148, CX-149, CX-151, and CX-152. |
| 4 | CX-149 | 2/15/1979 | Benny Griggs | Says oil rights were leased before 1942; did not own pumping oil wells in 1942; pumping oil wells were located near the farm in 1942 | unclear | The same property is apparently discussed in CX-146, CX-147, CX-148, CX-149, CX-151, and CX-152. See concerns above about CX-146 and CX-147. Although this affiant states there were pumping oil wells near the farm in 1942, the affiant for CX-151 says there was not. |
| 5 | CX-151 | 3/12/1979 | T.C. Griggs | Says oil rights were leased in 1942; did not own pumping oil wells in 1942; there were no pumping oil wells near the farm in 1942 | unclear | This is the same property discussed in CX-146, CX-147, CX-148, and CX-149. See concerns above about CX-146 and CX-147. Although this affiant states there were no pumping oil wells near the farm in 1942, the affiant for CX-149 says there were. |
| 6 | CX-153 | 3/27/1979 | Russell Babb | Says oil rights were leased in 1942; did not own pumping oil wells in 1942; does not state whether there were pumping oil wells near the farm in 1942. | E-72 | |
| 7 | CX-155 | 8/17/1979 | Russell Holeman | Says oil rights were not leased in 1942; did not own pumping oil wells in 1942; pumping oil wells were located near the farm in 1942 | E-12 | States that "I was a minor at the time." |

**Affidavits cited to support finding that parties mistakenly believed that there were no minerals underlying the Breckinridge Properties. Land Grantors I, n.44**

| | Exhibit | Date | Affiant | Mineral Information | Tract | Unique Concerns |
|---|---|---|---|---|---|---|
| 8 | CX-157 | 2/16/1979 | Edna Lynn | Says oil rights were leased in 1942; did not have pumping oil wells at the time of the evacuation in 1942; there were pumping oil wells near the farm in 1942 | unclear | |
| 9 | CX-163 | 3/15/1979 | Donald L. Bullock | Says oil rights were not leased in 1942; did not own pumping oil wells in 1942; were no pumping oil wells near the farm in 1942. | E-169 | Signature says it is "Mrs. Lillie P. Bullock By Donald L. Bullock (Son)." Contrary to the affiant's statement, the oil rights were leased in 1942. |
| 10 | CX-167 | 9/21/1978 | Clifton E. Blue | "We were told we would get the mineral rights back also, the government had no use for the minerals." "At this time an oil well was in progress being drilled about one mile from this track of land. My land was leased with an oil company, but the government took money from my land payment and paid the oil company back the money they paid me for the lease. The oil company did not lose anything, only the land owner lost." | E-196 | |
| 11 | CX-168 | 3/15/79 for two affidavits; undated for four affidavits | Ruth S. Russell | There are 6 different affidavits, signed by the same person (Ruth S. Russell). Four affidavits state the oil rights were leased, one says it was not, and one is blank; five affidavits state the owner did not have pumping oil wells at the time of evacuation in 1942 and one is blank; five affidavits state there were pumping oil wells near the farm in 1942 and one states there were no nearby oil wells. | E-198, E-36, E-342, E-341 | There are 6 different affidavits, signed by the same person (Ruth S. Russell). The first two are in a different handwriting than the last four. Three of the four tracts had leased their mineral rights before 1942 (E-198, E-36, E-241). |
| 12 | CX-169 | 2/16/1979 | Jessie Russell Wood | Says oil rights were leased before 1942 and that pumping oil wells were located near the farm in 1942. Says government did not pay for mineral rights. | unclear | Sale information in narrative is not correct. The date the narrative was signed is different than the date at the top of the document. |
| 13 | CX-170 | 3/9/1982 | Elvis Stone | Says oil rights were leased before 1942; did not own pumping oil wells in 1942; did not know whether there were pumping oil wells near the farm in 1942 | E-210 | A portion of the affidavit is cut off. The affiant does not identify the "man in the office." The affidavit appears to have two different handwritings. |
| 14 | CX-172 | 3/19/1979 | Stanley Nelson | Says oil rights were not leased before 1942; did not own pumping oil wells in 1942; there were no pumping oil wells near the farm in 1942 | E-212 (unclear) | |

**Affidavits cited to support finding that parties mistakenly believed that there were no minerals underlying the Breckinridge Properties. Land Grantors I, n.44**

| | Exhibit | Date | Affiant | Mineral Information | Tract | Unique Concerns |
|---|---|---|---|---|---|---|
| 15 | CX-173 | 2/16/1979 | Hassie Tilley Adamson | Says oil rights were leased before 1942; the owner did not have pumping oil wells at the time of evacuation in 1942; pumping oil wells were located near the farm in 1942. Says government took our mineral rights and didn't pay us a cent for it. Narrative says that war was bought at a "time oil companies were test drilling for oil through out the area." | E-231 and E-215 (unclear) | |
| 16 | CX-178 | 5/21/1979 | Lillie White Riggs Freer | Says oil rights were leased before 1942; owner did not have pumping wells at the time of evacuation in 1942; no pumping oil wells near the farm in 1942 | unclear | Signature is not notarized. |
| 17 | CX-180 | 3/13/1979 | Mr. and Mrs. Payton Puryear | Says oil rights were leased before 1942; owner did not have pumping oil wells at the time of evacuation in 1942; no pumping oil wells near the farm in 1942. | E-339 | This is the same tract as CX-179. Description of the property is different than that in CX-179. |
| 18 | CX-182 | 2/6/1979 and undated | Mrs. Joe (Caroline) Greenwell) | There are two affidavits, apparently signed by the same person. The first affidavit says oil rights were not leased before 1942; owner did not own pumping oil wells in 1942; there were no pumping oil wells near the farm in 1942. The second affidavit says oil rights were not leased before 1942; owner did not own pumping oil wells in 1942; but there were pumping oil wells near the farm in 1942. | E-34 | Two affidavits are included for the same property, apparently signed by the same person. The affidavits have contradictory information. The affidavits are notarized by different notary publics, apparently on different dates. This is the same tract as CX-183. In contrast to the affidavits, the minerals on E-34 were leased to a third-party oil company. |
| 19 | CX-183 | 2/13/1979 | Robert Greenwell | Says oil rights were not leased before 1942; did not own pumping oil wells in 1942; there were no pumping oil wells near the farm in 1942 | E-34 | This is the same tract as CX-182. In contrast to the affidavit, the minerals on E-34 were leased to a third-party oil company. |
| 20 | CX-185 | 2/13/1979 | Mary L. Spencer Caton | Says oil rights were leased before 1942; owner did not own pumping oil wells in 1942; there were no pumping oil wells near the farm in 1942. | unclear | Affiant says "As I was married and living away from home and raising a family I do not know the details of the land condemnation." |

**Affidavits cited to support finding that parties mistakenly believed that there were no minerals underlying the Breckinridge Properties. Land Grantors I, n.44**

| | Exhibit | Date | Affiant | Mineral Information | Tract | Unique Concerns |
|---|---|---|---|---|---|---|
| 21 | CX-190 | 3/2/1979 | Charles Gibson, Charlie Gibson, Mildred Bridwell, Irene G. Jones | No information about leasing of oil rights; owner did not have pumping oil wells at the time of evacuation in 1942; there were pumping oil wells near the farm in 1942. | E-624 | There are four signatures on the affidavit, and there is no notary public stamp |
| 22 | CX-196 | 3/15/1979 | Vendeline Nelson | Says oil rights were not leased in 1942; no information about whether the owner owned pumping oil wells in 1942 or whether there was pumping oil wells near the farm in 1942. | E-674, E-684, E-685 (unclear) | Affiant is notary public for many affidavits. In contrast to the affidavit, the minerals on all three tracts were leased before 1942. |
| 23 | CX-197 | 3/6/1979 | Jewell Duncan | Says oil rights were leased before 1942; owner did not have pumping oil wells at the time of evacuation in 1942; pumping oil wells were located near the farm in 1942 | E-679 | |
| 24 | CX-198 | 5/29/1979 | Pullum | Says oil rights were leased before 1942; owner did not have pumping oil wells at the time of evacuation in 1942; pumping oil wells were not located near the farm in 1942. States that "There had been a test oil well drilled on our property just shortly before the Government took over. Gulf Oil Co. had our lease." | E-695 | |
| 25 | CX-206 | 5/21/1979 | Prudy Oglesby | Says oil rights were leased before 1942; owner did not have pumping oil wells at the time of evacuation in 1942; there were no pumping oil wells near the farm in 1942. | E-99 | |
| 26 | CX-210 | 2/12/1979 | Billy J. Timmons | No information about whether oil rights were leased before 1942 or whether owner owned pumping oil wells in 1942. Underlined "No" next to "Were pumping oil wells located near your farm in 1942?" States "They paid us nothing for mineral rights." | A-30 | Says that GSA bought the land from the original owners. The affiant stated that the land was eventually sold "to governments officials wives," a patently false statement. |

**Affidavits cited to support finding that parties mistakenly believed that there were no minerals underlying the Breckinridge Properties. Land Grantors I, n.44**

| | Exhibit | Date | Affiant | Mineral Information | Tract | Unique Concerns |
|---|---|---|---|---|---|---|
| 27 | CX-211 | 10/20/1978 | G.W. Cambron | "At the time of the acquisition of his father's property the affiant was aware of an oil well producing on the Waller Young property which was approximately 1 mile south of his father's property." Oil rights on father's property had been leased to an oil company at the time it was taken. Says that father tried to reserve the mineral rights, but that the agent refused, saying "we will have to have this land from heaven to hell." | B-39 | Says that father tried to reserve the mineral rights, but that the agent refused, saying "we will have to have this land from heaven to hell." Same tract as CX-212 and CX-218. |
| 28 | CX-212 | 2/6/1979 | Anne Luckett Cambron ??? | Says oil rights were leased before 1942; did not own pumping oil wells in 1942; there were oil wells located near the farm in 1942. | B-39 | Same tract as CX-211 and CX-218. |
| 29 | CX-213 | 3/16/1979 | Elizabeth J. Stegar | "No consideration was given them for their mineral rights." | E-117; E-115 | CX-146, CX-147 and CX-213 contain an identical narrative. This is the same tract as CX-216. |
| 30 | CX-216 | 11/16/1979 | Samuel W. Steger | Says oil rights were not leased before 1942; did not own pumping oil wells in 1942; there were no pumping oil wells near the farm in 1942 | E-117; E-115 | This is the same tract as CX-213. States "I was not at home but in College. They related story to me." |
| 31 | CX-218 | 5/21/1979 | Annie Miller Day Jenkins | Says oil rights were not leased before 1942; did not own pumping oil wells in 1942; there were no pumping oil wells near the farm in 1942. Also says "The Oil Company was sizagraphing for oil at the time the rumors were about us having to move. There was a block of land consisting of 4 farms including this one the oil co. wanted to lease and drill on in 90 days. The oil co. would not talk to us after they found out the government might take the land." | E-39 and E-40 | Same tract as CX-211 and CX-212. |
| 32 | CX-219 | 3/7/1979 | Henry V. Clements, Jr. | States they were paid "nothing for the oil and coal rights. This land had an oil lease on it at this time. The government took the amount of money that had been paid on the oil lease from the sale price of the land, and this amount of money was paid back to the oil company." | unclear | The text of the affidavit is nearly identical to CX-220 (which the Hearing Officer does not reference), signed by a different affiant on a different day. The language regarding mineral payments is nearly identical in CX-220. The date of the document is February 26, 1979, but it was apparently signed on March 7, 1979. |

**Affidavits cited to support finding that parties mistakenly believed that there were no minerals underlying the Breckinridge Properties. Land Grantors I, n.44**

| | Exhibit | Date | Affiant | Mineral Information | Tract | Unique Concerns |
|---|---|---|---|---|---|---|
| 33 | CX-221 | 1/29/1979 | Charles Russell and June R. Crowly | Says oil rights were leased before 1942; the owner did not have pumping oil wells at the time of evacuation in 1942; there were oil wells located near the farm in 1942. | E-619 and E-653 (unclear) | Apparently signed by two affiants. Includes two different handwritings. Not notarized, but the notary's name is on the document. Appears that notary public wrote information on the second page: "Drill well pronounced dry hole 1941. Now - most productive field. Ashland." The allegation about repurchase promises is in a different handwriting than the rest of the affidavit. |
| 34 | CX-223 | 2/2/1979 | Helburn Tapp | No information about whether oil rights were leased in 1942; says that there was a pumping oil well approximately one mile from property in 1942; owner did not have pumping oil wells at the time of evacuation in 1942. | E-623 | |
| 35 | CX-226 | 5/21/1979 | Helen Whitledge | Says oil rights were not leased before 1942; did not own pumping oil wells in 1942; there were no pumping oil wells near the farm in 1942 | E-635 | Contrary to affidavit, the mineral rights were leased before 1942. |
| 36 | CX-227 | 2/5/1979 | Lorene Straker | Says oil rights were not leased before 1942; did not own pumping oil wells in 1942; there were no pumping oil wells near the farm in 1942 | E-637 | Contrary to affidavit, the mineral rights were leased before 1942. |
| 37 | CX-228 | 7/16/1979 | Odessa Duncan Watson | Says oil rights were leased before 1942; did not own pumping oil wells in 1942; there were oil wells located near the farm in 1942. | E-642, E-654 (unclear) | Not notarized. The affidavit refers to the affiant in the third person. |
| 38 | CX-230 | 5/21/79 | J.A. Tapp | Says oil rights were leased before 1942; owner did not own pumping oil wells in 1942; there were no pumping oil wells near the farm in 1942. | E-668 | Not notarized. |
| 39 | CX-123 | 4/4/79 | Frederick Williams | States that he was a former government employee who was "instructed by his superiors not to consider any value for the minerals underlying the said property . . . ." | none | Signature appears on a separate page from the notarized date. The name "Frederick Williams" does not appear in any of the Acquisition Documents. Mr. Williams does not identify any particular landowner with whom he might have had contact, or whether he was speaking about the 1944 Act. |