**Deposition transcripts cited to support finding that the parties mistakenly believed there were no minerals underlying the Breckinridge Properties. Land Grantors I, n.44**

| | Exhibit | Deponent | Statement About Mutual Mistake | Tract |
|---|---|---|---|---|
| 1 | CX-270 | John E. Johnson | Mr. Johnson, who was ten years old at the time of acquisition, did not offer any testimony about a mistake; rather, he stated that his ancestors knew at the time they accepted the government's money that the land "was worth a whole lot more than that, but they did accepted that." CX-270 at 53:7-13; 55:21 to 56:1. Although Mr. Johnson was unsure at the time of deposition, the landowners had entered into mineral leases before the United States' acquisition. Mr. Johnson discussed several letters (DX-616 to DX-646), which show the the landowners' attorney specifically contemplated mineral interests at the time of acquisition. | E-167; E-714 |
| 2 | CX-271 | Peyton Heady | Mr. Heady did not offer any testimony about a mistake. Rather, he stated only that there was no development of subsurface minerals prior to the government's acquisition. CX-271 at 59:8-24. | None. Mr. Heady is not a claimant in this action, and is not an heir of a former landowner. |
| 3 | CX-272 | William Logan Newman | The Hearing Officer does not discuss Mr. Newman's deposition in regards to mutual mistake. Mr. Newman testified that his father had leased the oil on this farm in 1936 to Sun Oil Company. CX-272 at 8:16-20. | E-14 and E-28 |
| 4 | CX-273 | Lottie Lynn | Ms. Lynn offered no testimony to support a claim of mutual mistake. Ms. Lynn testified "they was a well pumping right over the fence from my land, and a whole lot more wells around there. And they said on the map, my husband seen the map, said my place come in second of the most oil on the places." CX-273 at 17:10-15, 45:11-22. Ms. Lynn stated that an unnamed government agent said the minerals on the property were of "no value," and stated "I've got it written down on the paper." Id. at 13:1. Claimants have never produced such a paper, and all the acquisition documents show that Ms. Lynn was paid for the full fee simple absolute value of this tract. See JX-591. Ms. Lynn also testified that she had never sold the oil and gas, and that she still owned the minerals at the time of her deposition. CX-273 at 23:5-21. | E-647 (Purchased) |

**Deposition transcripts cited to support finding that the parties mistakenly believed there were no minerals underlying the Breckinridge Properties. Land Grantors I, n.44**

| | | | | |
|---|---|---|---|---|
| 5 | CX-274 | William B. Caton | The Hearing Officer does not discuss Mr. Caton's deposition in regards to mutual mistake. Mr. Caton testified that "everybody knew there was coal in that country," and that he had leased the property for oil. CX-274 at 10:14 to 11:5. In addition, Mr. Caton testified that the oil company had drilled an oil well on the property before the government's acquisition. Id. at 66:14-18. | E-225 |
| 6 | CX-275 | Mary Virginia Dixon | Ms. Dixon offered no testimony to support a claim of mutual mistake. She testified that "we could reserve the coal and oil rights." CX-275 at 14:17-18. Ms. Dixon could not recall whether she had a lease with an oil or gas company at the time of the government's acquisition, id. at 34:16-18, but the uncontroverted evidence shows that she had entered into such a lease. | E-340 |
| 7 | CX-276 | Kathryn Pullum | Ms. Pullum testified that there was an oil and gas lease on this property at the time of the government's acquisition. CX-276 at 33:3-4. She stated that an oil company drilled a test hole days before she had to vacate. Id. at 32:22-24. | E-695 |
| 8 | None | Eulah P. Tilley | The Hearing Officer acknowledged that Ms. Tilley's testimony did not support a mutual mistake claim. Ms. Tilley testified that the landowners "presumed" at the time of acquisition that there were subsurface minerals. Final Report at 35 n.17. In addition, Ms. Tilley stated that that there was an oil and gas lease on this property at the time of acquisition. Id. | E-223 |