**Discovery responses cited to support finding that parties mistakenly believed that there were no minerals underlying the Breckinridge Properties. Land Grantors I, n.44**

| | Exhibit | Mutual Mistake | Tract | Method |
|---|---|---|---|---|
| 1 | DX-680 | "I have no documents, but my grandparents always said they were not compensated for the oil and mineral rights. They were puzzled as to why the govt. wanted the underground rights if the land was to be used for army training." Also stated, "My grandparents' phone was used by oil workers who were overheard explaining they thought oil was beneath the land." | E-140 | purchased |
| 2 | DX-681 | "Before this land grab the minerals coal and oil were untapped!" In response to question asking whether fair market value was paid, states "Yes, we suspect that less than market value was paid. . . It's only my opinion and yet to be proved." | A-30 | purchased |
| 3 | DX-695 | "Unknown, but prior to eviction none of minerals were on land or being extracted. Have heard since land was rich with minerals and coal." | A-15 | purchased |
| 4 | DX-701 | "There was no mineral or oils being removed at the time of eviction. After the war this land was turn into a coal mine until it was completely mined out of coal." | A-15 | purchased |