**Different Tracts Relevant to Finding About Mutual Mistake**

| Tract | Exhibit(s) | Method | Citation Reference | Number of Different Purchased Tracts | Number of Different Condemned Tracts |
|---|---|---|---|---|---|
| A-15 | DX-695; DX-701 | purchased | Discovery Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | 1 | |
| A-30 | CX-210; DX-681 | Purchased | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44); Discovery Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | 1 | |
| A-9 or A-10 | CX-133 | condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | | 2 |
| B-39 | CX-211; CX-212 | Purchased | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | 1 | |
| E-12 | CX-155 | condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | | 1 |
| E-14 and E-28 | CX-272 | condemned | Deposition Transcripts Relied Upon to Show Mutual Mistake (footnote 44) | | 2 |
| E-34 | CX-182; CX-183 | Condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | | 1 |
| E-39 and E-40 | CX-218 | Purchased | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | 2 | |

**Attachment K to United States' Opening Brief**

**Different Tracts Relevant to Finding About Mutual Mistake**

| Tract | Exhibit(s) | Method | Citation Reference | Number of Different Purchased Tracts | Number of Different Condemned Tracts |
|---|---|---|---|---|---|
| E-72 | CX-153 | condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | | 1 |
| E-99 | CX-206 | condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | | 1 |
| E-117; E-115 | CX-213; CX-216 | Purchased | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | 2 | |
| E-140 | DX-680 | purchased | Discovery Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | 1 | |
| E-167; E-714 | CX-270 | condemned | Deposition Transcripts Relied Upon to Show Mutual Mistake (First Interim Report at footnote 44) | | 2 |
| E-169 | CX-163 | condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | | 1 |
| E-196 | CX-167 | condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | | 1 |
| E-198, E-36, E-342, E-341 | CX-168 | condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | | 4 |

**Different Tracts Relevant to Finding About Mutual Mistake**

| Tract | Exhibit(s) | Method | Citation Reference | Number of Different Purchased Tracts | Number of Different Condemned Tracts |
|---|---|---|---|---|---|
| E-210 | CX-170 | Condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | | 1 |
| E-212 (unclear) | CX-172 | Condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | | 1 |
| E-225 | CX-274 | condemned | Deposition Transcripts Relied Upon to Show Mutual Mistake (footnote 44) | | 1 |
| E-231 and E-215 (unclear) | CX-173 | Condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | | 2 |
| E-339 | CX-180 | condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | | 1 |
| E-340 | CX-275 | condemned | Deposition Transcripts Relied Upon to Show Mutual Mistake (footnote 44) | | 1 |
| E-619 and E-653 (unclear) | CX-221 | Purchased | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | 2 | |
| E-623 | CX-223 | purchased | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | 1 | |
| E-624 | CX-190 | condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | | 1 |

**Different Tracts Relevant to Finding About Mutual Mistake**

| Tract | Exhibit(s) | Method | Citation Reference | Number of Different Purchased Tracts | Number of Different Condemned Tracts |
|---|---|---|---|---|---|
| E-635 | CX-226 | Purchased | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | 1 | |
| E-637 | CX-227 | Purchased | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | 1 | |
| E-642, E-654 (unclear) | CX-228 | Purchased | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | 2 | |
| E-647 | CX-273 | purchased | Deposition Transcripts Relied Upon to Show Mutual Mistake (footnote 44) | 1 | |
| E-656 | CX-126 | Purchased | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | 1 | |
| E-668 | CX-230 | Purchased | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | 1 | |
| E-674, E-684, E-685 (unclear) | CX-196 | Condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | | 3 |
| E-679 | CX-197 | Condemned | Affidavits Relied Upon By the Hearing Officer to Support Conclusion About Mutual Mistake (footnote 44) | | 1 |
| E-695 | CX-276 | condemned | Deposition Transcripts Relied Upon to Show Mutual Mistake (footnote 44) | | 1 |
| **Total** | | | | **18** | **29** |