**Shapiro, William (ENRD)**

**From:** Scott_Freling@ao.uscourts.gov
**Sent:** Tuesday, April 25, 2006 12:39 PM
**To:** Shapiro, William (ENRD); mspitt@wyattfirm.com; Nancie@Marzulla.com
**Subject:** Fw: Land Grantors

Counsel,

Judge Braden asked that I forward the following e-mail to the parties.

Scott A. Freling
Law Clerk to the Honorable Susan G. Braden
United States Court of Federal Claims
Telephone: (202) 357-6518
Facsimile: (202) 357-6522

-----Forwarded by Scott Freling/DCA/CFC/USCOURTS on 04/25/2006 03:35PM -----

> Scott,
>
> Please advise the parties in *Land Grantors* that I will grant the Plaintiffs' Motion to Supplement the Record. The Government may file its Opposition as a Motion to Reconsider. As you know, I had hoped to issue the opinion on the Motion for Certification this month, but that will not be possible in light of the work needed to issue opinions in a patent infringement case, a bid protest case, and a government contracting case -- all of which had priority over *Land Grantors* based on the briefings.
>
> Please advise the parties that I intend to issue the certification decision in May and follow with a Final Decision in June. I do not require any additional briefing or submissions from the parties unless it is requested by me.
>
> Thanks,
> JB

Attachment L to United States' Response Brief