**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LAND GRANTORS IN HENDERSON, UNION, AND WEBSTER COUNTIES, KENTUCKY AND THEIR HEIRS | |
| Claimants, | No. 93-648X |
| v. | Judge Charles F. Lettow, Presiding Officer<br>Senior Judges Lawrence S. Margolis and<br>Loren A. Smith, Review Panel |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**NOTICE OF SUBSEQUENT AUTHORITY**

Claimants submit this Notice of Subsequent Authority to bring to the attention of the Panel the recent decision of the Court of Appeals for the Federal Circuit in *Amber Resources Co. v. United States*, Nos. 2007-5047, 2007-5082, 2008 WL 3891567 (Fed. Cir. Aug. 25, 2008), regarding the remedy of rescission.

Respectfully submitted,

s/Nancie Marzulla
Nancie Marzulla
Roger Marzulla
MARZULLA LAW
1350 Connecticut Avenue, N.W., Suite 410
Washington, D.C. 20036
(202) 822-6760

Dated: August 27, 2008

OF COUNSEL:
M. Stephen Pitt
Merrill S. Schell
Jean W. Bird
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, KY 40202-2898